UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:  5:14–cv–02425–BRO–KK                Date:  4/15/2015
Title:  DONNA J. HAUK V. THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

Present: The Honorable  Beverly Reid O'Connell , U. S. District Judge

Deputy Clerk:  Renee Fisher
Court Reporter:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None Appearing | None Appearing |

Proceedings:    **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

On 3/30/2015, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 4/10/2015.

The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: rfi