JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/4/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONNA J. HAUK,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>ROBERT A. MCDONALD,<br>SECRETARY OF VETERANS<br>AFFAIRS<br><br>　　　　Defendant. | No. ED CV 14-02425 BRO (KKx)<br>]<br>ORDER RE: SETTLEMENT AND<br>DISMISSAL<br><br>Honorable Beverly Reid O'Connell |

**IT IS HEREBY ORDERED:**

1.　　Plaintiff's action is dismissed with prejudice in its entirety;

2.　　Each party shall bear their own costs of suit and attorney's fees; and

3.　　The Court retains jurisdiction pending completion of the terms of the

Stipulation for Compromise Settlement.

DATED:　　February 4, 2016

Honorable Beverly Reid O'Connell
UNITED STATES DISTRICT JUDGE

1